DEBORAH BARRON (SBN 153840)
BARRON LAW CORPORATION
1900 Point West Way, Suite 202,
Sacramento, CA 95815
Tel: 916.484.1712
Fax: 916.927.5524

*Attorneys for Plaintiffs*
BEVERLY BUTLER;
CATHERINE MARSH; and
CATHERINE ANDERSON

L. JULIUS M. TURMAN (SBN 226126)
PHILIP J. SMITH (SBN 232462)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:    415.442.1000
Fax:   415.442.1001
Email:  jturman@morganlewis.com
            philip.smith@morganlewis.com

*Attorneys for Defendant*
NATIONAL RAILROAD PASSENGER
CORPORATION aka AMTRAK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BUTLER; CATHERINE MARSH; and CATHERINE ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK,<br><br>Defendant. | Case No. 2:12-cv-01838-JAM-KJN<br><br>JOINT STIPULATION OF DISMISSAL AND ORDER<br><br>FRCP Rule 41(a)(1)(A)(ii) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Beverly Butler, Catherine Marsh and Catherine Anderson ("Plaintiffs") and National Railroad Passenger Corporation aka Amtrak ("Defendant" or "Amtrak"), submit this Joint Stipulation of Dismissal with prejudice and [Proposed] Order, requesting that the Court terminate all proceedings in this

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT DISMISSAL WITH PREJUDICE
CASE NO. 2:12-CV-01838-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com

1  action.

2  The Parties shall bear their own costs and fees associated with this action and the

3  dismissal.

4  IT IS SO STIPULATED.

5  January 15, 2012         BARRON LAW CORPORATION

7  By  */s/ Deborah Barron*
    DEBORAH BARRON

8  BARRON LAW CORPORATION
9  1900 Point West Way, Suite 202,
   Sacramento, CA 95815
10 Telephone:

11  *Attorneys for Plaintiffs*
    BEVERLY BUTLER;
12  CATHERINE MARSH; and
    CATHERINE ANDERSON

14  January 15, 2012         MORGAN, LEWIS & BOCKIUS LLP

16  By  */s/ L. Julius M. Turman*
    L. JULIUS M. TURMAN
    PHILIP J. SMITH
17  ANNE MARIE ESTEVEZ

18  MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
19  San Francisco, CA  94105-1126
    Telephone: 415.442.1000

20  *Attorneys for Defendant*
21  NATIONAL RAILROAD PASSENGER
    CORPORATION aka AMTRAK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    JOINT DISMISSAL WITH PREJUDICE
     CASE NO. 2:12-CV-01838-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED**

This action is dismissed in its entirety pursuant to Rule 41(a)(1)(A)(ii).  The Court hereby terminates all proceedings in this action.  The Parties shall bear their own costs and fees associated with this action and the dismissal.

DATE: 1/15/2013        /s/ John A. Mendez
                       The Honorable John A. Mendez
                       United States District Court Judge

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

3

JOINT DISMISSAL WITH PREJUDICE
CASE NO. 2:12-CV-01838-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com