DEBORAH BARRON (SBN 153840)
BARRON LAW CORPORATION
1900 Point West Way, Suite 202,
Sacramento, CA 95815
Tel: 916.484.1712
Fax: 916.927.5524

*Attorneys for Plaintiffs*
BEVERLY BUTLER;
CATHERINE MARSH; and
CATHERINE ANDERSON

L. JULIUS M. TURMAN (SBN 226126)
PHILIP J. SMITH (SBN 232462)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
Email:  jturman@morganlewis.com
        philip.smith@morganlewis.com

*Attorneys for Defendant*
NATIONAL RAILROAD PASSENGER
CORPORATION aka AMTRAK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BUTLER; CATHERINE MARSH; and CATHERINE ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK,<br><br>Defendant. | Case No. 2:12-cv-01838-JAM-KJN<br><br>JOINT STIPULATION OF DISMISSAL AND ORDER<br><br>FRCP Rule 41(a)(1)(A)(ii) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Beverly Butler, Catherine Marsh and Catherine Anderson ("Plaintiffs") and National Railroad Passenger Corporation aka Amtrak ("Defendant" or "Amtrak"), submit this Joint Stipulation of Dismissal with prejudice and [Proposed] Order, requesting that the Court terminate all proceedings in this

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT DISMISSAL WITH PREJUDICE
CASE NO. 2:12-CV-01838-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com

action.

The Parties shall bear their own costs and fees associated with this action and the dismissal.

IT IS SO STIPULATED.

January 15, 2012       BARRON LAW CORPORATION

By  */s/ Deborah Barron*
    DEBORAH BARRON

BARRON LAW CORPORATION
1900 Point West Way, Suite 202,
Sacramento, CA 95815
Telephone:

*Attorneys for Plaintiffs*
BEVERLY BUTLER;
CATHERINE MARSH; and
CATHERINE ANDERSON

January 15, 2012       MORGAN, LEWIS & BOCKIUS LLP

By  */s/ L. Julius M. Turman*
    L. JULIUS M. TURMAN
    PHILIP J. SMITH
    ANNE MARIE ESTEVEZ

MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000

*Attorneys for Defendant*
NATIONAL RAILROAD PASSENGER
CORPORATION aka AMTRAK

PDF created with pdfFactory trial version www.pdffactory.com

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED**

This action is dismissed in its entirety pursuant to Rule 41(a)(1)(A)(ii). The Court hereby terminates all proceedings in this action. The Parties shall bear their own costs and fees associated with this action and the dismissal.

DATE: 1/15/2013                                    /s/ John A. Mendez_____
                                                   The Honorable John A. Mendez
                                                   United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com